IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GORDON ELDRIDGE,**

   *Plaintiff*,

v.                                          Case No.: 4:21cv158-MW/MAF

**ALLIED INTERSTATE LLC,**

   *Defendant*.

_____/

## ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

Plaintiff has filed a notice, ECF No. 10, indicating that the parties have tentatively settled this case. This Court acknowledges the parties' notice. The parties have indicated their intention to—and are hereby directed to—notify this Court once a settlement has been finalized. This Court declines to stay any discovery deadlines in the interim.

**SO ORDERED on May 10, 2021.**

                                                      **s/Mark E. Walker**
                                                      **Chief United States District Judge**